## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO.  3:17-CV-495-GCM-DCK

| | | |
|---|---|---|
| **GIFTY MENSAH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **LIBERTY LIFE ASSURANCE COMPANY** | ) | |
| **OF BOSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

       **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 6) filed by John W. Sulau, concerning Robert M. Wood on November 7, 2017.  Mr. Robert M.  Wood seeks to appear as counsel *pro hac vice* for Defendant Liberty Life Assurance Company of Boston.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

       **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 6) is **GRANTED.**  Mr. Robert M. Wood is hereby admitted *pro hac vice* to represent Defendant Liberty Life Assurance Company of Boston.

       **SO ORDERED**.

Signed: November 7, 2017

David C. Keesler
United States Magistrate Judge